EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de concesión de la mañana del 24 de diciembre de 2013 | 2013 TSPR 147<br><br>189 DPR \_\_\_\_ |

Número del Caso: EM-2013-15

Fecha: 19 de diciembre de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por motivo de la concesión          EM-2013-15
de la mañana del 24 de
diciembre de 2013

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de diciembre de 2013.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del martes 24 de diciembre de 2013, libre con cargo a la licencia de vacaciones.

A tal efecto, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, disponemos que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará el día 24 de diciembre de 2013, como día feriado. Cualquier término a vencer el martes 24 de diciembre de 2013, se extenderá hasta el jueves 26 de diciembre de 2013.

Se ordena la inmediata difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo